MAGISTRATE JUDGE LEVIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) Case No. JUDGE KENNELLY
vs. )
) Violation: Title 42, United States Code,
ERIC K. NIX ) Section 3631(a)

**COUNT ONE**

The SPECIAL MAY 2004 GRAND JURY charges:

On or about March 21, 2003, at Burbank, in the Northern District of Illinois, Eastern Division,

ERIC K. NIX,

defendant herein, did, by force and threat of force involving the use of an explosive, willfully injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with Victim A (a Burbank, Illinois, victim) and her family, all of whom were of Arab descent, because of their race and national origin and because they were occupying real property, specifically, the single-family dwelling located at 7727 South Mayfield Avenue in Burbank, Illinois: to wit, defendant detonated a commercial aerial explosive shell inside a van (Vehicle Identification Number 1FDEE14N6KHA66393) belonging to Victim A, which van was parked in front of the residence of Victim A and her family at 7727 South Mayfield Avenue, Burbank, Illinois;

In violation of Title 42, United States Code, Section 3631(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No. _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

ERIC K. NIX

# INDICTMENT

Violation(s): Title 42, United States Code, Section 3631(a)

_____
A true bill,

_____
Foreman

Filed in open court this 7th day of July, A.D. 2005.

MICHAEL W. DOBBINS                Clerk

By _____ Deputy Clerk

Bail, $ _____